USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-30-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                      **ORDER**
                                      19-CR-897 (ALC)

-against-

Malik Holloway,
                Defendant(s)
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the time for the status conference scheduled for February 7, 2020 is adjourned to **12:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 30, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**