**RICHARD J. MA, ESQ.**

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

February 4, 2020

*Via ECF*

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Malik Holloway*
             19 Cr. 897 (ALC)

Dear Judge Carter:

      As Your Honor is aware, I am counsel to Mr. Malik Holloway, the above-referenced defendant. This letter is submitted to request a short adjournment of the next status conference, which is currently scheduled for February 7, 2020

      We are presently engaged in plea discussions with the Government that will affect whether Mr. Holloway will make pretrial motions. Thus, to allow time to complete those discussions, we respectfully request an adjournment of the status conference to February 24, 2020, or thereafter. Bad dates include the morning of February 26, 2020. Based upon my communications with A.U.S.A. Rebecca T. Dell, the Government consents to this request. Finally, in the event that the Court grants this request, the Government requests that time be excluded, with no objection from the defense.

      Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

*Respectfully submitted,*

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email: A.U.S.A. Rebecca T. Dell

---

*Handwritten endorsement:*

The application is granted. The status conference is adjourned to 2-24-20 at 12:30 p.m.

So Ordered.

/s/ Andrew L. Carter
2-5-20