MEMO ENDORSED

**RICHARD J. MA, ESQ**.
20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail:  richardmaesq@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/20_____

April 16, 2020

<u>*Via ECF*</u>

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *United States v. Malik Holloway*
                   19 Cr. 897 (ALC)

Dear Judge Carter:

      As Your Honor is aware, I am counsel to Mr. Malik Holloway, the above-referenced defendant. This letter is submitted to request an adjournment of the next status conference, which is currently scheduled for April 27, 2020

      This matter was adjourned to track Mr. Holloway's other indicted case, currently pending before Judge Laura Taylor Swain (20 Cr. 126 (LTS)). However, due to delays caused by the ongoing health crisis, little progress has been made on that case; I have not yet received discovery and have not engaged in plea negotiations. Additionally, I have had little opportunity to confer with Mr. Holloway, who is detained at MDC Brooklyn. Since the other matter is currently scheduled for a status conference on June 25, 2020, and because I have been advised that discovery in that matter is forthcoming, I respectfully request an adjournment of our status conference to July 20, 2020, or thereafter. Based upon my communications with A.U.S.A. Rebecca T. Dell, the Government consents to this request. Finally, in the event that the Court grants this request, the Government requests that time be excluded, with no objection from the defense.

Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

*Respectfully submitted,*

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email: A.U.S.A. Rebecca T. Dell

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

The application is granted. Status conference adjourned to 7/20/20 at 11:30 a.m. Time excluded. So ordered.

2