MEMO ENDORSED

# RICHARD J. MA, ESQ.
20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

July 9, 2020

*Via ECF*

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-20

    Re:    *United States v. Malik Holloway*
             19 Cr. 897 (ALC)

Dear Judge Carter:

    As Your Honor is aware, I am counsel to Mr. Malik Holloway, the above-referenced defendant. This letter is submitted to request an adjournment of the next status conference, which is currently scheduled for July 20, 2020

    This matter was adjourned to track Mr. Holloway's other indicted case, currently pending before Judge Laura Taylor Swain (20 Cr. 126 (LTS)). In that case, we have received voluminous discovery materials — with still more forthcoming. Due to challenges caused by the ongoing health crisis, we require additional time to review the discovery materials, confer and engage in plea negotiations. Since the other matter is currently scheduled for a status conference on September 22, 2020, I respectfully request an adjournment of our status conference to September 28, 2020, or thereafter. Based upon my communications with A.U.S.A. Rebecca T. Dell, the Government consents to this request. Finally, in the event that the Court grants this request, the Government requests that time be excluded, with no objection from the defense.

Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

*Respectfully submitted,*

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email:   A.U.S.A. Rebecca T. Dell

> The application is granted. Status Conference adjourned to 10-5-20 at 10:00 a.m. Time excluded. So Ordered.
>
> /s/ Andrew L. Carter
> 7-16-20