# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

September 22, 2020

<u>Via ECF</u>

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Malik Holloway*
                   19 Cr. 897 (ALC)

Dear Judge Carter:

      As Your Honor is aware, I am counsel to Mr. Malik Holloway, the above-referenced defendant. This letter is submitted to request an adjournment of the next status conference, which is currently scheduled for October 5, 2020

      This matter has been adjourned to track Mr. Holloway's other indicted case, currently pending before Judge Laura Taylor Swain (20 Cr. 126 (LTS)). In that case, we are still in the process of reviewing the voluminous discovery and negotiating a disposition. Due to challenges caused by the ongoing health crisis, Mr. Holloway has had very limited access to the discovery materials and we have had limited time to confer. Thus, we require additional time to review the discovery materials, meet and engage in plea negotiations. Since the other matter was recently adjourned for a status conference on November 5, 2020, I respectfully request an adjournment of our status conference to November 12, 2020, or thereafter. Based upon my communications with A.U.S.A. Rebecca T. Dell, the Government consents to this request. Bad dates include November 19, November 20 and the morning of December 3. Finally, in the event that the Court grants

this request, the Government requests that time be excluded, with no objection from the defense.

    Thank you.  Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

*Respectfully submitted,*

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email:   A.U.S.A. Rebecca T. Dell

**The application is granted.  Status conference adjourned to 1/8/21 at 10:30 a.m.  Time excluded.**
**So Ordered.**

    *[signature]* **9/25/20**

2