USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-1-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,       :
                                :
               Plaintiff,       :
                                :    19-CR-897 (ALC)
       -against-                :
                                :    **ORDER**
MALIK HOLLOWAY,                 :
                                :
               Defendant.       :
                                :
                                :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The C.J.A. attorney assigned to receive cases on this day, Christine Delince is hereby ordered to assume representation of the defendant in the above captioned matter for the limited purpose of a Curcio Hearing regarding a potential conflict.

**SO ORDERED.**

Dated:   New York, New York
         February 25, 2021

                              _____
                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**