USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :
                                             :
                              Plaintiff,     :
                                             :            19-CR-897 (ALC)
          -against-                          :            20-CR-126 (LTS)
                                             :
MALIK HOLLOWAY,                              :            <u>ORDER</u>
                                             :
                              Defendant.     :
                                             :
                                             :
--------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A video Curcio Hearing is set for **March 9, 2021** at **9:00 a.m.**   Members of the

public and press may attend the hearing by dialing the audio-only line, at 1-855-268-7844, using

Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**


Dated:        New York, New York
              March 5, 2021

                                   _____
                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**