UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        **ORDER**
                                    :
                                    :
    Malik Holloway                  :        19-CR-897 (ALC)/20-CR-126 (LTS)
                                    :        _____
                                    :               Docket #
------------------------------------x


__Andrew L. Carter, Jr._____, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case
__Richard Ma_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Scott B. Tulman_____, NUNC-PRO-TUNC __3/9/21_____.

                          Attorney's Name

                                     SO ORDERED.

                                     _/s/ Andrew L. Carter_____
                                        **UNITED STATES DISTRICT JUDGE**


        3/11/21
**Dated:**  **New York, New York**