LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/21
```

March 23, 2021

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Hon. Andrew L. Carter
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Malik Holloway</u>, 19 -Cr.—897 (ALC)/20-Cr.—126 (LTS)

Dear Judges Carter and Swain:

On March 11, 2021, I was appointed by Judge Carter to substitute for existing CJA counsel and represent Defendant Malik Holloway ("Defendant") in the above matters. (Docs. 33/154). Subsequent to my appointment, the Government provided me with certain discovery. My review of that discovery revealed a conflict I was unaware of when I accepted the appointments. Accordingly, I respectfully request that I be relieved as appointed counsel for this Defendant on these two matters.

I have discussed the conflict with the Government and the Government consents to the relief sought.

Respectfully submitted,

*/s/ Scott B Tulman*
Scott B Tulman

SBT:ss
cc: Adam S. Hobson, Esq., AUSA

**The application is GRANTED.**
**So Ordered.**

*/s/ Andrew L. Carter*
3/23/21