UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                           :
UNITED STATES OF AMERICA                   :
                                           :
        -against-                          :         **ORDER**
                                           :
                                           :
   Malik Holloway                          :         19-CR-897 (ALC)/20-CR-126 (LTS)
                                           :         _____
                                           :                  Docket #
------------------------------------------x


Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
       Judge's Name

The C.J.A. attorney assigned to this case
Scott B. Tulman
_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Kelley Sharkey
                      _____, NUNC-PRO-TUNC _____.
                           Attorney's Name

                                   SO ORDERED.

                                   [signature]
                                   UNITED STATES DISTRICT JUDGE  3/23/21


            3/23/21
Dated:  New York, New York