| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------------x<br><br>    United States of America<br><br>                    -against-<br><br>    Malik Holloway,<br>                                        Defendant(s).<br>-------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/12/2021<br><br>1:19-CR-897 (ALC)<br><br>**<u>ORDER TO RESPOND</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The United States is hereby **ORDERED** to respond in writing to Defendant's pending bail request (ECF No. 50) no later than **November 16, 2021**.

**SO ORDERED.**

**Dated:** Nov. 12, 2021
**New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**