

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2022

**BY ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/22_____

     Re: *United States v. Malik Holloway*, 19 Cr. 897 (ALC)

Dear Judge Carter:

     The defendant filed a pretrial motion on January 11, 2022. (Doc. No. 58.) The Government and defense counsel have been engaging in discussions regarding a possible pretrial resolution. As a result, with the consent of defense counsel, the Government requests 90 days to respond to the defendant's motion.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York

     By: _/s/ Rebecca T. Dell_____
       Rebecca T. Dell
       Assistant United States Attorney
       (212) 637-2198

cc: Kelley Sharkey, Esq.

The application is **GRANTED.** The Government's response is due 4/11/22. Time excluded from 1/11/22 to 5/11/22 in the interest of justice.
So Ordered.

*Andrew T. Carter*
1/11/22