**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/31/22
```

**BY ECF**
Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Malik Holloway*, 19 Cr. 897 (ALC)

Dear Judge Carter:

On January 11, 2022, the Court set April 11, 2022 as the deadline for the Government to respond to the defendant's pretrial motion. (Doc. No. 60.) In addition, on January 28, 2022, the Court set a status conference for May 6, 2022. (Doc. No. 62.)

The parties are continuing to engage in pretrial discussions. As a result, with the consent of defense counsel, the Government requests (i) 60 additional days to respond to the defendant's motion, and (ii) the Court to set a status conference for a date after that deadline.

In addition, The Government requests that the time between May 6, 2022 and the newly scheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

cc: Kelley Sharkey, Esq.

The application is **GRANTED.** The Government's response is due 5/11/22. Status conference adjourned to 5/26/22 at 12:00 p.m. Time excluded from 5/6/22 to 5/26/22 in order for the Court to consider the Defendant's motion.
So Ordered.

*/s/ Andrew L. Carter*
3/31/22