UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-

MALIK HOLLOWAY,

                    Defendant.

------------------------------------------------------------ x

19-CR-897 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Status Conference scheduled for May 26, 2022 is adjourned to **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 11, 2022

                                            ANDREW L. CARTER, JR.
                                            United States District Judge