

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/22
```

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Malik Holloway*, **19 Cr. 897 (ALC)**

Dear Judge Carter:

    On September 19, 2022, the Court ordered that both parties submit post-hearing briefs on October 14, 2022, with any responses due October 21, 2022. The parties have been engaged in discussions regarding a potential pre-trial resolution of this matter. Given that a pre-trial resolution would obviate the need for the Court to decide the defendant's pending suppression motion, the parties respectfully request a two-week adjournment of the current briefing schedule to allow for the parties to continue plea discussions. The parties respectfully request that post-hearing briefs be due from both parties on October 28, 2022, with any responses due November 4, 2022.

    In addition, the Government requests that the time between today and November 4, 2022 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to continue discussions regarding a potential pre-trial resolution and to submit post-hearing briefs. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                By:   _____
                         Jeffrey W. Coyle
                         Assistant United States Attorneys
                         (212) 637-2437

cc:    Kelley Sharkey, Esq. (by ECF)

The entire application is **GRANTED.** Time excluded from 10/5/22 to 11/4/22 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter* 10/11/22