```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-30-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                    Plaintiff,

     -against-

MALIK HOLLOWAY,

                    Defendant.

-------------------------------------------------------------------- x

19 CR-897 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **December 7, 2022** at **3:15 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 30, 2022

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge