**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,                              19 Cr. 897 (ALC)

**ORDER**

-against-

MALIK HOLLOWAY,

------------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    It is hereby ORDERED, that the defendant, Malik Holloway, be treated this day for a severe cold.

SO ORDERED.

Dated: New York, New York
         December 7, 2022

                                      ANDREW L. CARTER, JR.
                                      UNITED STATES DISTRICT JUDGE